SCOTT J. FERRELL, Bar No. 202091
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com

Attorneys for Defendants El Torito Restaurants, Inc. and Sac Central, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>      vs.<br><br>El Torito Restaurants Inc., Sac Central, LLC, A California Limited Liability Company,<br><br>      Defendants. | Case No.  2:07-CV-00801 LKK (KJM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON**<br><br><br>Complaint Filed:  April 27, 2007<br>Trial Date:           None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

REA02-02:Notice of Dismiss _Order.DOC:10-5-07   - 1 -   2:07-CV-00801 LKK (KJM
NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON

TO THE COURT AND ALL PARTIES:

Plaintiff SCOTT N. JOHNSON, hereby requests that the Court dismiss the above entitled action with prejudice, as to all Defendants, with each party to bear their own fees and costs.

Dated: October 2, 2007

                              /s/   SCOTT N. JOHNSON
                              By: Scott N. Johnson
                              Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the Complaint of Plaintiff, Case No. 2:07-CV-00801 LKK (KJM) is hereby dismissed with prejudice.

Dated: October 5, 2007

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

REA02-02:Notice of Dismiss _Order.DOC:10-5-07   - 2 -   2:07-CV-00801 LKK (KJM
NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON